# Court of Appeals
# of the State of Georgia

ATLANTA, June 27, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1316. ROSLYN HAJEK v. THOMAS HAJEK.**

The appellant in this case was sent a notice stating that this case was docketed on April 12, 2024, and that her appellate brief was due 20 day later, i.e., May 2, 2024. On motion by the appellant, this Court extended the time to file her brief until June 3, 2024. To date, no such brief has been filed. The appellant has failed to comply with this Court's briefing deadlines. Accordingly, this appeal is deemed abandoned and is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/27/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*